## SHERIFF, CLARK COUNTY, NEVADA, Appellant, v. LOUISE TOSTON, Respondent.

### No. 9895

July 13, 1977                    566 P.2d 411

[Rehearing denied August 17, 1977]

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and H. Douglas Clark, Deputy District Attorney, Clark County, for Appellant.

*Morgan D. Harris,* Public Defender, and *Thomas R. Jarrett,* Deputy Public Defender, Clark County, for Respondent.

## OPINION

*Per Curiam:*

On May 23, 1977, Louise Toston filed a pretrial petition for a writ of habeas corpus.

The petition did not meet the requirements the legislature imposed on habeas petitioners when it enacted Chapter 545 of the 1977 Nevada Statutes which became effective May 14,

1977. Nevertheless, the district judge considered and granted the petition and the state has appealed.

We do not reach the merit, if any, of the appeal because the habeas petition was not cognizable in the district court. Accordingly, we reverse. This proceeding is remanded with instructions to dismiss the petition.